UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| GLENDA HUGGINS,<br><br>Plaintiff,<br><br>vs.<br><br>MILBANK INSURANCE COMPANY,<br><br>Defendant. | 4:16-CV-04001-RAL<br><br><br>ORDER SUBSTITUTING PARTY DEFENDANT |

Based on a Stipulation to Amend Caption, Doc. 8, it is hereby

ORDERED that Milbank Insurance Company is substituted as the party defendant in place of State Auto Insurance Companies and all future pleadings shall bear the caption as above with Milbank Insurance Company as the defendant.

DATED this 1st day of June, 2016.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE