UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GLENDA HUGGINS, | ) | Case No. 16-4001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JOINT MOTION** |
| v. | ) | **TO DISMISS** |
| | ) | |
| MILBANK INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

The above-named parties, by and through their respective undersigned counsel of record, hereby jointly move the Court for an Order and Judgment dismissing this action with prejudice, and with all parties bearing their own costs and attorneys' fees.

WHEREFORE, the parties hereby request that the Court enter an Order and Judgment dismissing this action with prejudice, with all parties to bear their own costs and attorneys' fees, and for such other and further relief as is just and equitable.

Dated: November _16_, 2016.

WOODS, FULLER, SHULTZ & SMITH P.C.

_/s/ Michele M. Munson_
Michele M. Munson
P.O. Box 5027
Sioux Falls, SD 57117-5027
605-336-3890
shelly.munson@woodsfuller.com
Attorneys for Plaintiff

Dated: November 16, 2016.

                                     GUNDERSON, PALMER, NELSON
                                     & ASHMORE, LLP

                                     */s/ Jana Smoot White*
                                     Jana Smoot White
                                     P.O. Box 8045
                                     Rapid City, SD  57709-8045
                                     (605) 342-1078
                                     jana@gpna.com
                                     Attorneys for Defendant