UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| GLENDA HUGGINS,<br><br>          Plaintiff,<br><br>vs.<br><br>STATE AUTO INSURANCE COMPANIES, MILBANK INSURANCE COMPANY,<br><br>          Defendants. | 4:16-CV-04001-RAL<br><br>JUDGMENT OF DISMISSAL WITH PREJUDICE |

The parties have filed a Joint Motion to Dismiss, Doc. 16, seeking dismissal with prejudice of the case. For good cause, it is hereby

ORDERED that the Joint Motion to Dismiss, Doc. 16, is granted. It is further

ORDERED, ADJUDGED AND DECREED that Judgment of Dismissal with prejudice and without taxation of costs hereby enters on all claims under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 17th day of November, 2016.

BY THE COURT:

/s/ Roberto A. Lange

ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE